No. 14,738.

MCFADDEN *v.* PEOPLE EX REL. LEWIS.

(108 P. [2d] 228)

Decided September 16, 1940.   Rehearing denied December 9, 1940.

Mr. PHILIP HORNBEIN, for plaintiff in error.

Mr. WILLIAM R. EATON, Mr. WILLIAM O. PERRY, for defendant in error.

*En Banc.*

MR. JUSTICE YOUNG delivered the opinion of the court.

THE issues of law involved in this case in no wise differ from those determined by us in the case of *People ex rel. v. Downen,* 106 Colo. 557, 108 P. (2d) 224, decided this day. On authority of our decision in that case the judgment of the district court in the present action is affirmed.

MR. CHIEF JUSTICE HILLIARD not participating.

MR. JUSTICE BAKKE dissents.